# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 2:04-cr-103-JLL-01 |
| v. | |
| BRIAN TOGNERI | **ORDER** |

The Court has received and reviewed Defendant Brian Togneri's request for early termination of his probationary sentence which was filed on December 10, 2009. After consideration of Defendant's request and the response from Assistance U.S. Attorney, Donna Gallucio recommending early termination dated December 14, 2009, it is hereby ordered that Defendant Brian Togneri's request for early termination of probation is hereby GRANTED.

Dated: December 15, 2009

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE-